**JENNIFER CLARK**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
101 E. Front Street, Ste. 401
Missoula, MT 59802
Phone: (406) 542-8851
Fax: (406) 542-1476
E-mail: Jennifer.Clark2@usdoj.gov

FILED

August 4, 2022

Clerk, U.S. District Court
District of Montana
Great Falls Division

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS LEO WYNNE,<br><br>Defendant. | CR 22- 40 -M-DLC<br><br>**INDICTMENT**<br><br>**CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE FENTANYL**<br>Title 21 U.S.C. § 846<br>(Count 1)<br>(Penalty: 20 years of imprisonment, $1,000,000 fine, and at least three years of supervised release)<br><br>**POSSESSION WITH INTENT TO DISTRIBUTE FENTANYL**<br>Title 21 U.S.C. § 841(a)(1)<br>Title 18 U.S.C. § 2<br>(Count 2)<br>(Penalty: 20 years of imprisonment, $1,000,000 fine, and at least three years of supervised release) |

|   | DISTRIBUTION OF FENTANYL<br>Title 21 U.S.C. § 841(a)(1)<br>Title 18 U.S.C. § 2<br>(Counts 3-4)<br>(Penalty: 20 years of imprisonment, $1,000,000 fine, and at least three years of supervised release)<br><br>PROHIBITED PERSON IN POSSESSION OF FIREARMS AND AMMUNITION<br>Title 18 U.S.C. § 922(g)(3)<br>(Count 5)<br>(Penalty: Ten years of imprisonment, $250,000 fine, and three years of supervised release)<br><br>CRIMINAL FORFEITURE<br>Title 21 U.S.C. § 853<br>Title 18 U.S.C. § 924(d)<br><br>TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS |
|---|---|

THE GRAND JURY CHARGES:

## COUNT 1

Beginning in approximately March 2021 and continuing until approximately December 2021, in Lake County, in the State and District of Montana and elsewhere, the defendant, DOUGLAS LEO WYNNE, knowingly and unlawfully conspired with others, both known and unknown to the Grand Jury, to possess with the intent to distribute, in violation 21 U.S.C. § 841(a)(1), a substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT 2

Beginning in approximately March 2021 and continuing until approximately December 2021, in Lake County, in the State and District of Montana and elsewhere, the defendant, DOUGLAS LEO WYNNE, knowingly and unlawfully possessed with the intent to distribute, a substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and did aid and abet the same, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT 3

On or about December 1, 2021, at Pablo, in Lake County, in the State and District of Montana, the defendant, DOUGLAS LEO WYNNE, knowingly and unlawfully distributed a substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT 4

On or about December 9, 2021, at Ronan, in Lake County, in the State and District of Montana, the defendant, DOUGLAS LEO WYNNE, knowingly and unlawfully distributed a substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT 5

On or about December 9, 2021, at Ronan, in Lake County, in the State and District of Montana, the defendant, DOUGLAS LEO WYNNE, knowing he was an unlawful user and addicted to a controlled substance, as defined in 21 U.S.C. § 802, knowingly possessed, in and affecting interstate commerce, a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(3).

## FORFEITURE ALLEGATION

Upon conviction of any of the offenses contained in counts 1-4 of this indictment, the defendant, DOUGLAS LEO WYNNE, shall forfeit, pursuant to 21 U.S.C. §§ 853(a)(1) and (2): (1) any property constituting and derived from any proceeds obtained, directly and indirectly, as a result of the commission of said offense; and (2) any property used and intended to be used, in any manner and part, to commit, and facilitate the commission of, said offense.

///

///

///

///

///

///

///

Upon conviction of the offense set forth in count 5 of this indictment, the defendant, DOUGLAS LEO WYNNE, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

FOREPERSON

_____
JESSE A. LASLOVICH
United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney