IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS LEO WYNNE,<br><br>Defendant. | CR 22–40–M–DLC<br><br><br><br>ORDER |

Before the Court is United States' Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 25.) Defendant Douglas Leo Wynne has been adjudged guilty of one count of possession with intent to distribute fentanyl, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, and one count of prohibited person in possession of a firearms and ammunition, in violation of 18 U.S.C. § 922(g)(3), as charged in Counts II and V of the Indictment. (Doc. 27.) As such, there is a factual basis and cause to issue an order of forfeiture, pursuant to 21 U.S.C. §§ 853(a)(1), (2) and 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED the motion (Doc. 25) is GRANTED.

IT IS FURTHER ORDERED that Wynne's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. §§ 853(a)(1), (2) and 18 U.S.C. § 924(d):

- Colt .45, Cal., MK IV pistol, SN FG11684 with magazine; and

1

- 6 rounds of .45 Cal ammunition.

IT IS FURTHER ORDERED that the the United States Marshals Service, the Homeland Security Investigations, and/or a designated sub-custodian is directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General of the United States may direct, pursuant to 21 U.S.C. §§ 853(a)(1), (2), 18 U.S.C. § 924(d), and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.

DATED this 22nd day of November, 2022.

2

Dana L. Christensen, District Judge
United States District Court